**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            NO. 4:10CR00150-01 JLH

NEIL CLEM                                                                                          DEFENDANT

## ORDER

The hearing on the government's Motion to Revoke the Supervised Release of defendant Neil Clem is hereby rescheduled for **THURSDAY, MAY 29, 2014, at 9:30 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked.  Document #42.

IT IS SO ORDERED this 1st day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE