### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:10CR00150-01 JLH | |
| NEIL CLEM | | DEFENDANT |

### AMENDED ORDER

The hearing on the government's Motion to Revoke the Supervised Release of defendant Neil Clem is hereby rescheduled for Thursday, May 29, 2014, **at 10:00 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #42.

IT IS SO ORDERED this 7th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE