**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:10CR00150-01 JLH | |
| NEIL CLEM | DEFENDANT |

**ORDER**

The hearing on the government's Motion to Revoke the Supervised Release of defendant Neil Clem is hereby scheduled for **MONDAY, JULY 14, 2014, at 10:00 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #42.

IT IS SO ORDERED this 24th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE