**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                              NO. 4:10CR00150-01 JLH

NEIL CLEM                                                                                                              DEFENDANT

**ORDER**

Pending before the Court is the government's motion for revocation of defendant Neil Clem's supervised release. Document #72. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **THURSDAY, DECEMBER 3, 2015, at 2:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **NEIL CLEM** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Chris Tarver is hereby reappointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 20th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE